UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LI SHEN,

                    Petitioner,

  -against-

JANET NAPOLITANO,
MICHAEL AYTES,

                    Respondents.
------------------------------------------------------------------X

JUDGMENT
09-CV- 2936 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 02 2009 ★
BROOKLYN OFFICE

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on October 30, 2009, dismissing the action without prejudice, and without costs or fees to any party; remanding the matter to the U.S. Citizenship and Immigration Services for further proceedings pursuant to 8 C.F.R. Section 336.2 within 90 days of the date of this Court's Dismissal Order; and granting petitioner leave to reinstate the matter according to the terms of the Stipulation filed by the parties; it is

      ORDERED and ADJUDGED that the action is dismissed without prejudice, and without costs or fees to any party; that the matter is remanded to the U.S. Citizenship and Immigration Services for further proceedings pursuant to 8 C.F.R. Section 336.2 within 90 days of the date of this Court's Dismissal Order; and that petitioner is granted leave to reinstate the matter according to the terms of the Stipulation filed by the parties.

Dated: Brooklyn, New York
       November 02, 2009

S/RCH
_____
ROBERT C. HEINEMANN
Clerk of Court